# Exhibit 1

# Mayor Abramson wants you to know your options!

You are facing foreclosure, but you may have other options. Get help by calling the **Kentucky Homeownership Protection Center**.



## Call **1-866-830-7868** or visit **www.protectmykyhome.org**

It's not too late. But it's important to act today.

**IMPORTANT:** You have 20 days after receiving the Foreclosure Complaint to preserve your legal rights by filing an Answer with the Court. **Contact your attorney for help with this.**

If you do not have an attorney or cannot afford one, you can call the Louisville Bar Association Lawyer Referral Service at 583-1801 or the Legal Aid Society at 584-1254. *Turn over for details.*

## HOW TO PRESERVE YOUR LEGAL RIGHTS

PARTICIPATING IN THE FORECLOSURE CONCILIATION PROJECT WILL NOT STOP THE CASE AGAINST YOU IN COURT. TO PRESERVE YOUR LEGAL RIGHTS, YOU MUST FILE AN ANSWER WITH THE COURT WITHIN 20 DAYS OF RECEIVING THE FORECLOSURE COMPLAINT. IF YOU DO NOT HAVE AN ATTORNEY OR CANNOT AFFORD ONE, YOU CAN CALL THE LOUISVILLE BAR ASSOCIATION'S LAWYER REFERRAL SERVICE AT 583-1801 OR THE LEGAL AID SOCIETY AT 584-1254.

## HOW TO PARTICIPATE IN THE FORECLOSURE CONCILIATION PROJECT

### WHAT IS THE FCP?

The Foreclosure Conciliation Project (FCP) is a new project started by the Jefferson County Circuit Court to encourage homeowners and their banks to pursue alternatives to foreclosure. If you complete and return a hardship packet to your lender, the Court will require your lender to meet with you before your house is sold. Free housing counselors will help you complete the hardship packet.

### WHO QUALIFIES?

Anyone who lives in and owns the home subject to this foreclosure suit.

### HOW TO ENROLL IN THE FORECLOSURE CONCILIATION PROJECT

1. **STAY** in your home. Do not move out.

2. **CALL** the Protect My Kentucky Home Hotline: 1-866-830-7868 or **VISIT** www.protectmykyhome.org. This will connect you with a housing counselor.

3. **ATTEND** a free clinic at Legal Aid Society to learn about the foreclosure process and alternatives to foreclosure. These clinics are on Tuesday at 11 a.m. and Thursday at 6 p.m. at Legal Aid Society's office on the 3rd floor of 416 W. Muhammad Ali Blvd. Call 584-1254 to secure your place in the clinic.

4. **PREPARE** a proposal with a housing counselor.

5. **SEND** the proposal to the lender and the required forms to the Court. The housing counselor will help you with this. These documents are due at least three weeks prior to the Conciliation Conference date, so it is important to get started today by calling the hotline. Your housing counselor can tell you exactly when your paperwork is due.

6. **MEET** with your lender at the Conciliation Conference to discuss alternatives to foreclosure. Your housing counselor can tell you the exact date of your Conciliation Conference.

Remember, the Foreclosure Conciliation Project **DOES NOT STOP** the foreclosure process. Contact an attorney today.
   **Louisville Bar Association's Lawyer Referral Service: 583-1801**
   **Legal Aid Society: 584-1254**