# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

TONI FLOYD and CHERI NICHOLSON
On behalf of themselves and all those similarly situated

                Plaintiffs,

v.

Civil Action No. 3:21-cv-58-DJH

ANNE HAYNIE, in her official capacity as Chief Judge of the Jefferson County District Court

                Defendant.

## ORDER

This Court, having heard arguments on this matter at _____ and being otherwise sufficiently advised, GRANTS Plaintiffs' Motion for a Preliminary Injunction. The Court finds that the Plaintiffs have a likelihood of success on the merits of their claim for due process violations, that irreparable harm will flow if the Jefferson District Court is allowed to continue hearing forcible detainer cases before providing Constitutionally-adequate notice to people facing eviction, and that a preliminary injunction is in the public interest.

Defendant may move to lift this preliminary injunction when it is prepared to support that Motion with evidence of any new notices, practices, and/or procedures it has developed to protect the due process rights of Defendants in forcible detainer actions currently pending in Jefferson County District Court.

So ordered,

Date: _____      _____

                                                            Judge, Western District of Kentucky

Tendered by,

/s/ Ben Carter
Ben Carter
KENTUCKY EQUAL JUSTICE CENTER
222 South First St., Suite 305
Louisville, KY 40202
502-303-4026
ben@kyequaljustice.org