UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TONI FLOYD and CHERI NICHOLSON,   Plaintiffs,

v.   Civil Action No. 3:21-cv-58-DJH

ANNETTE KAREM, in her official capacity
as Chief Judge of the Jefferson County
District Court,   Defendant.

\* \* \* \* \*

# ORDER

Plaintiffs Toni Floyd and Cheri Nicholson having filed a notice of voluntary dismissal (Docket No. 17), no answer or motion for summary judgment having been filed by Defendant Annette Karem, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and is **STRICKEN** from the Court's active docket. All pending motions are **DENIED** as moot.

April 28, 2021

David J. Hale, Judge
United States District Court

1